DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OFF LEASE ONLY, LLC** f/k/a **OFF LEASE ONLY, INC.**,
Appellant,

v.

**LILIAN SANCHEZ PENZ,**
Appellee.

No. 4D21-1152

[February 24, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Frank S. Castor, Judge; L.T. Case No. 502017CC004528XXXXMB.

Ejola Christlieb Cook and Marissa X. Kaliman, General Counsels, North Lauderdale, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER, and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***